# CORRECTED UBS FINAL JUDGMENT ATTACHMENT A

CORRECTED UBS FINAL JUDGMENT ATTACHMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 10/12/2000 | $120,150,000 New Mexico Educational Assistance Foundation, Education Loan Bonds, 2000 Series A-1, A-2, A-3 & B | New Mexico Educational Assistance Foundation | $342,042.70 |
| 3/21/2001 | $82,595,000 San Diego Area Housing Finance Authority, Series 2001 A & B | San Diego Area Housing Finance Authority | $235,131.23 |
| 4/19/2001 | $31,705,000 Oxnard Union High School District, 2001 General Obligation Refunding Bonds, Series A | Oxnard Union High School District | $90,257.71 |
| 4/24/2001 | $71,700,000 Riverside-San Bernadino Housing & Finance Agency, California, Variable Rate Lease Revenue Pass-Through Obligations, (Lease Purchase Program), 2001 Series A and 2001 Series B | Riverside-San Bernadino Housing & Finance Agency | $204,115.37 |
| 5/2/2001 | $10,255,000 West Contra Costa Unified School District 2001 General Obligation Refunding Bonds, Series B | West Contra Costa Unified School District | $29,193.91 |
| 5/15/2001 | $37,850,000 University Care Corporation University Lease Revenue Certificates, Series 2001A, Select Auction Variable Rate Securities (SAVRS) | University of Medicine and Dentistry of New Jersey | $107,181.92 |
| 5/29/2001 | $25,000,000 Massachusetts Health and Higher Educational Facilities Authority, Tufts University Issue, Series G (Second Tranche) Select Auction Variable Rate Securities | Tufts University | $71,169.93 |
| 5/30/2001 | $24,105,000 Pomona Unified School District General Obligation Refunding Bonds, Series A of 2001 | Pomona Unified School District | $68,622.05 |
| 6/11/2001 | $55,000,000 California Cities Home Ownership Authority Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and $5,750,000 California Cities Home Ownership Authority Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B | California Cities Home Ownership Authority | $172,942.94 |
| 6/19/2001 | Educational Facilities Authority for Private Nonprofit Colleges of Higher Learning $10,000,000  Educational Facilities Revenue Bonds (Columbia College Project), Series 2001 | Columbia College | $28,467.97 |
| 6/20/2001 | $55,970,000 District of Columbia University Revenue Bonds (The George Washington University Issue) Series 2001A | George Washington University | $159,335.25 |
| 6/21/2001 | $59,890,000 Massachusetts Development Finance Agency Revenue Bonds, Mount Holyoke College, Series 2001 | Mount Holyoke College | $170,494.69 |
| 7/24/2001 | $378,700,000 Missouri Health and Educational Facilities Authority("MOHEFA") (Sisters of Mercy Health System) Health Facilities Revenue Bonds, | Sisters of Mercy Health System | $1,078,082.16 |
| 8/13/2001 | $51,600,000 Golden Empire Schools Financing Authority 2001 Variable Rate Demand Lease Revenue Bonds (Kern High School District Projects) | Kern High School District | $146,894.74 |
| 8/20/2001 | $152,675,000 New York City Industrial Development Agency Special Airport Facility Revenue Bonds (2001 Airis JFK I, LLC Project at JFK International Airport) Series 2001A | 2001 Airis JFK I, LLC | $434,634.79 |

## CORRECTED UBS FINAL JUDGMENT ATTACHMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 8/21/2001 | $518,063,012 Health & Education Facilities Authority of the State of Missouri, Missouri School District Direct Deposit Program for School Districts in the State of Missouri | Health & Education Facilities Authority of the State of Missouri | $1,474,820.41 |
| 8/23/2001 | $7,300,000 Illinois Development Finance Authority Variable Rate Demand Revenue Bonds (WTVP Channel 47 Project) Tax Exempt Series 2001-A and $3,000,000 Illinois Development Finance Authority Variable Rate Demand Revenue Bonds (WTVP Channel 47 Project) Taxable Series 2001-B | Illinois Valley Public Telecommunications Corporation | $29,322.01 |
| 8/24/2001 | $26,000,000 Okmulgee Public Works Authority Capital Improvement Revenue Bonds, Series 2001A and Series 2001B | Okmulgee Public Works Authority | $74,016.73 |
| 8/29/2001 | $20,920,000 Oxnard School District (County of Ventura, California) 2001 District General Obligation Refunding Bonds, Series A | Oxnard School District | $59,555.00 |
| 9/17/2001 | City of Boynton Beach, Florida $24,400,000 Utility System Revenue Refunding Bonds, Series 2002 | City of Boynton Beach, Florida | $69,461.86 |
| 9/26/2001 | $304,870,000 City of Detroit, Michigan Sewage System Refunding Revenue Senior Lien Bonds, Series 2001 and Sewage Disposal System Revenue Senior Lien Bonds, Series 2001(C) | City of Detroit Michigan | $867,903.11 |
| 10/5/2001 | $145,000,000 California Infrastructure and Economic Development Bank Revenue Bonds (The J. David Gladstone Institutes Project), Series 2001 | J. David Gladstone Institutes | $412,785.62 |
| 10/10/2001 | $1,292,950,000 Commonwealth of Puerto Rico Public Improvement Bonds of 2002, Series A and Public Improvement Refunding Bonds, Series 2002A (General Obligation Bonds) | Commonwealth of Puerto Rico | $3,680,795.11 |
| 10/23/2001 | City of Clearwater, Florida $11,470,0000 Improvement Revenue Refunding Bonds, Series 2000 | City of Clearwater, Florida | $32,652.77 |
| 10/24/2001 | $28,610,000 West Contra Costa Unified School District General Obligation Refunding Bonds, Series 2001A | West Contra Costa Unified School District | $81,446.87 |
| 10/29/2001 | $248,360,000 New Jersey Health Care Facilities Financing Authority Revenue Bonds (Meridian Health System Obligated Group Issue), Series 1999 | Meridian Health System | $688,398.30 |
| 10/30/2001 | $823,845,000 Commonwealth of Massachusetts General Obligation Bonds, Consolidated Loan of 2001, Series D | Commonwealth of Massachusetts | $2,345,319.77 |
| 11/14/2001 | $14,988,108 Western Placer Unified School District Convertible Capital Appreciation Certificates of Participation (2001 Land Acquisition Program) | Western Placer Unified School District Financing Corporation | $42,896.57 |
| 11/29/2001 | $353,905,000 City of Chicago Water Revenue Bonds, Series 2001 | City of Chicago | $1,007,495.82 |
| 12/12/2001 | $150,000,000 Housing Authority of Fulton County, Georgia Variable Rate Demand Bonds, Series 2001 (Legacy Community Partnership, Inc.) | Housing Authority of Fulton County | $427,019.60 |
| 12/13/2001 | $27,825,000 California Communities Housing and Finance Agency, Variable Rate Lease Revenu Pass-Through Obligations (Lease Purchase Program), 2001 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations, (Lease Purchase Program) 2001 Series B | California Communities Housing and Finance Agency | $79,212.14 |

CORRECTED UBS FINAL JUDGMENT ATTACHMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 12/13/2001 | $44,660,000 Harrisonburg Redevelopment and Housing Authority Variable Rate Lease Purchase Revenue Bonds, 2001 Series A and Subordinated Variable Rate Lease Purchase Revenue Bonds, 2001 Series B | Harrisonburg Redevelopment and Housing Authority | $127,137.97 |
| 12/13/2001 | $22,760,000 Pacific Housing & Finance Agency Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B | Pacific Housing & Finance Agency | $64,793.11 |
| 12/18/2001 | $25,000,000 Director of the State of Nevada Department of Business and Industry Variable Rate Demand Solid Waste Disposal Revenue Bonds (Republic Services, Inc. Project), Series 2001 | Republic Services, Inc. | $71,169.93 |
| 1/17/2002 | California Educational Facilities Authority; Variable Rate Demand Revenue Bonds $21,600,000 California Educational Facilities Revenue Bonds (Santa Clara University), Series 2002A and the $10,390,000 California Educational Facilities Authority Variable Rate Demand Revenue Bonds (Santa Clara University), Series 2002B | Santa Clara University | $91,069.05 |
| 1/24/2002 | $700,855,000 Puerto Rico Highway and Transportation Authority, Transportation Revenue Refunding Bonds (2002 Series D) | Puerto Rico Highway and Transportation Authority | $1,995,192.16 |
| 1/24/2002 | $43,000,000 Pulaski County (Arkansas) Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2002 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2002 Series B | Pulaski County, Arkansas | $122,412.29 |
| 1/25/2002 | $6,973,800 New York City Industrial Development Agency, Civil Facility Revenue Bonds (Special Needs Facilities Pooled Program), Series 2001A-1 and Series 2001A-2 | New York City Industrial Development Agency | $19,853.00 |
| 1/28/2002 | $32,435,000 Kentucky Economic Development Finance Authority Revenue Bonds Series 2001 (Catholic Health Initiatives); $219,265,000 Colorado Health Facilities Authority Revenue Bonds, Series 2001 (Catholic Health Initiatives); and $99,315,000 Montgomery County, Ohio Revenue Bonds, Series 2001 (Catholic Health Initiatives) | Catholic Health Initiatives | $999,268.57 |
| 3/5/2002 | $94,000,000 Rhode Island Housing and Mortgage Finance Corporation Homeownership Opportunity Bonds, Series 39-A (Non-AMT), Series 39-B (AMT), and Series 39-C (AMT) | Rhode Island Housing and Mortgage Finance Corporation | $267,598.95 |
| 3/5/2002 | $202,415,000 Massachusetts Educational Financing Authority, Educational Loan Revenue and Refunding Bonds, Issue E, Series 2002 | Massachusetts Educational Financing Authority | $576,234.49 |
| 3/13/2002 | $117,055,000 County of Fresno Taxable Pension Obligation Bonds, Refunding Series 2002 | County of Fresno, California | $333,231.86 |
| 3/20/2002 | $40,000,000 North Carolina Capital Facilities Finance Agency Variable Rate Revenue Bonds (Wolfpack Club Project), Series 2002 | North Carolina State University Student Aid Association, Inc. | $113,871.89 |
| 3/21/2002 | $60,000,000 Health Care Facilities Authority of Sayre (Pa) Revenue Bonds (Guthrie Health Issue) Series B of 2002 | Guthrie Health | $85,403.92 |

CORRECTED UBS FINAL JUDGMENT ATTACHMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 3/21/2002 | $60,000,000 Health Care Facilities Authority of Sayre (Pa) Revenue Bonds (Guthrie Health Issue) Series B of 2002 | Guthrie Health | $85,403.92 |
| 3/22/2002 | $27,000,000 City of Tampa, Florida Revenue Bonds, Series 2002 (University of Tampa Project) | University of Tampa | $76,863.53 |
| 4/1/2002 | $50,000,000 Harris County Health Facilities Development Corporation Revenue Bonds (Young Men's Christian Association of the Greater Houston Area) Series 1999 | Houston YMCA | $142,339.87 |
| 4/18/2002 | $33,845,000 Industrial Development Authority of the County of Pima (Arizona) Variable Rate Lease Purchase Revenue Bonds, Series 2002 | Industrial Development Authority of the County of Pima | $96,349.86 |
| 4/23/2002 | $153,230,000 Regional Transportation District (CO) Sales Tax Revenue Bonds, Series 2002B | Regional Transportation District | $436,214.76 |
| 5/7/2002 | $13,055,000 California Educational Facilities Authority Variable Rate Demand Revenue Refunding Bonds (Art Center College of Design) 2002 Series B | Art Center College of Design | $37,164.94 |
| 5/21/2002 | $51,900,000 Hospital Authority of Clarke County, Georgia Revenue Certificates (Athens Regional Medical Center Project), Series 2002 | Athens Regional Medical Center | $147,748.78 |
| 5/28/2002 | Texas Community Mental Health and Mental Retardation Centers, $89,200,000 Public Property Finance Corporation of Texas Mental Health and Mental Retardation Center Facilities Acquisition Program, Acquisition and Refunding Bonds, Series 1993; $10,000,000 Dallas County Mental Health Retardation Center Revenue Bonds, Mental Health and Mental Retardation Center Facilities Acquisition Program, Series 1995; $3,375,000 Texas Community MMHR Centers Revenue Bonds, Mental Health Retardation and Mental Retardation Center Facilities Acquisition Program, Series 1995 A-E; $9,900,000 Public Property Finance Corporation of Texas Mental Health and Mental Retardation Center Facilities Acquisition Program, Revenue Bonds, Series 1996. | Public Property Finance Corporation of Texas Mental Health and Mental Retardation Center | $320,193.53 |
| 5/30/2002 | $123,715,000 New York State Environmental Facilities Corporation State Clean Water and Drinking Water Revolving Funds Revenue Bonds, Series 2002F (Pooled Financing Program - MFI Refunding Bonds)  $120m T | New York State Environmental Facilities Corporation | $352,191.53 |
| 6/4/2002 | $56,815,000 The Governmental Utility Services Corporation of the City of Bessemer (Ala) Water Supply Revenue Bonds, Series 1998 | The Governmental Utility Services Corporation of the City of Bessemer | $161,740.79 |
| 6/4/2002 | $20,105,000 Centinela Valley Union High School District (California), 2002 General Obligation Refunding Bonds, Series A | Centinela Valley Union High School District | $57,234.86 |
| 6/4/2002 | $20,105,000 Centinela Valley Union High School District 2002 General Obligation Refunding Bonds, Series A | Centinela Valley Union High School District | $57,234.86 |
| 6/6/2002 | $37,500,000 Maryland Economic Development Corporation Variable Rate Demand Student Housing Revenue Bonds (University of Maryland Baltimore County Project) | University of Maryland | $106,754.90 |
| 6/11/2002 | $385,000,000 Puerto Rico Electric Power Authority Power Revenue Refunding Bonds, Series KK | Puerto Rico Electric Power Authority | $1,096,016.98 |

CORRECTED UBS FINAL JUDGMENT ATTACHMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 6/12/2002 | $25,000,000 Mississippi Home Corporation Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2002 Series A | Mississippi Home Corporation | $71,169.93 |
| 6/12/2002 | $43,950,000 Industrial Development Authority of the County of Cape Girardeau, Missouri Health Facilities Revenue Bonds (Southeast Missouri Hospital Association), Series 2002 | Southeast Missouri Hospital Association | $125,116.74 |
| 6/17/2002 | $28,432,600 San Gabriel Unified School District Election of 2002 General Obligation Bonds, Series A | San Gabriel Unified School District | $80,941.85 |
| 6/18/2002 | $140,180,000 Municipality of Anchorage, Alaska 2002 General Obligation and Refunding Bonds, Series A (General Purpose) and $202,145,000 Series B (Schools) | Municipality of Anchorage, Alaska | $974,529.90 |
| 6/19/2002 | $2,274,665,000 Commonwealth of Massachusetts General Obligation Refunding Bonds, 2002 Series A and Consolidated Loan of 2002, Series C | Commonwealth of Massachusetts | $6,475,510.30 |
| 6/20/2002 | $224,150,000 New Jersey Transit Corporation Certificates of Participations (Series 2002A) Subordinated Certificates of Participation (2002 B) | New Jersey Transit Corporation | $638,109.63 |
| 6/20/2002 | Tobacco Settlement Financing Corporation $649,730,000 Tobacco Settlement Asset-Backed Bonds, Series 2002A (Tax-Exempt) and $35,660,000 Tobacco Settlement Asset-Backed Bonds, Series 2002B (Taxable) | Rhode Island Tobacco Settlement Financing Corporation | $1,951,166.44 |
| 6/27/2002 | $75,415,000 City of Bridgeport, Connecticut General Obligation Refunding Bonds, 2002 Series A dated June 15, 2002 | City of Bridgeport | $214,691.22 |
| 6/28/2002 | $18,500,000 McAlester Public Works Authority (Oklahoma) Utility System Revenue Bonds, Series 2002 | McAlester Public Works Authority | $52,885.75 |
| 7/1/2002 | $30,000,000 City of Fort Lauderdale, Florida Revenue Bonds (Pine Crest Preparatory School, Inc. Project), Series 2002 | Pine Crest Preparatory School, Inc. | $85,403.92 |
| 7/24/2002 | $6,755,000 Holdenville Public Works Authority (OK) Taxable Utility System Refunding Revenue Bonds, Series 2002 dated August 1, 2002 and exchangable for tax-exempt bonds on Oct. 1, 2003 | Holdenville Public Works Authority | $19,230.12 |
| 8/14/2002 | $61,060,000 Vallejo City Unified School District, 2002 General Obligation Refunding Bonds, Series A | Vallejo City Unified School District | $173,825.45 |
| 8/15/2002 | $9,180,000 California Fairs Financing Authority Custodial Receipts (Equipment Lease Purchase Agreement dated August 15, 2002) | California Fairs Financing Authority | $26,133.60 |
| 8/16/2002 | $114,500,000 Allegheny County Airport Authority, Series 2002 AMT Airport Revenue Refunding Bonds | Allegheny County Airport Authority | $325,958.30 |
| 9/23/2002 | $45,825,000 Pleasant Valley School District, 2002 General Obligation Refunding Bonds, Series A | Pleasant Valley School District | $130,454.49 |
| 9/26/2002 | $23,240,000 Community Facilities District No. 98-1 of the Corona-Norco Unified School District 2002 Special Tax Bonds, Series A | Corona-Norco Unified School District | $66,159.57 |
| 9/26/2002 | $121,150,000 Board of Port Commissioners of the City of Oakland, CA Refunding Revenue Bonds 2002, Series N (AMT) | Board of Port Commissioners of the City of Oakland | $344,889.50 |
| 9/27/2002 | $56,000,000 Forsyth County Hospital Authority Revenue Anticipation Certificates (Georgia Baptist Health Care System Project), Series 1998 | Georgia Baptist Health Care Ministry Foundation, Inc. | $156,986.64 |

## CORRECTED UBS FINAL JUDGMENT ATTACHMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 10/8/2002 | $620,000,000 Board of Port Commissioners of the City of Oakland, CA Revenue Bonds 2002 Series L (AMT) and Series M (non-AMT) | Board of Port Commissioners of the City of Oakland | $1,765,014.36 |
| 10/15/2002 | $173,565,000 Cook County Illinois General Obligation Refunding Bonds, Series 2002D | Cook County Illinois | $494,104.38 |
| 11/18/2002 | $65,485,000 Fresno Unified School District, 2002 General Obligation Refunding Bonds, Series A | Fresno Unified School District | $186,422.52 |
| 11/20/2002 | $242,770,000 Minnesota Housing Finance Agency, Residential Housing Finance Bonds, 2001 Series A, B, C, and D, and 2002 Series I, J, and K | Minnesota Housing Finance Agency | $691,116.99 |
| 12/5/2002 | $89,400,000 New Mexico Educational Assistance Foundation, Education Loan Bonds, Senior Series 2002A-1, 2002A-2, and 2002A-3 | New Mexico Educational Assistance Foundation | $254,503.68 |
| 2/5/2003 | $33,015,000 Monroe Newpower Corp. (NY) Power Facilities Revenue Bonds, Series 2003 | Monroe Newpower Corp. | $93,987.01 |
| 2/28/2003 | $25,965,000 Delaware Solid Waste Authority, Solid Waste System Revenue Bonds, Series of 1995 | Delaware Solid Waste Authority | $73,917.09 |
| 3/6/2003 | $53,845,000 ABAG Finance Authority for Nonprofit Corporations, Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) Series 2003 | ABAG Finance Authority for Nonprofit Corporations | $153,285.80 |
| 3/17/2003 | $43,555,000 Hospital Authority of the City of Newnan, Georgia Revenue Anticipation Certificates (Newnan Hospital, Inc. Project) Series 2002 | Newnan Hospital, Inc. | $123,992.26 |
| 3/20/2003 | $51,485,000 City of Stamford, Connecticut General Obligation Refunding Bonds, Issue of 2003 | City of Stamford | $146,567.36 |
| 3/28/2003 | $1,050,675,000 Jefferson County, Alabama Sewer Revenue Refunding Warrants, Series 2003-B | Jefferson County, Alabama | $2,991,058.81 |
| 4/3/2003 | $21,660,000 The Regents of the University of New Mexico, Subordinate Lien System Refunding Revenue Bonds, Series 2003A | Regents of the University of New Mexico | $61,661.63 |
| 4/25/2003 | $18,740,000 ABC Unified School District (California) 2003 General Obligation Refunding Bonds, Series A | ABC Unified School District | $53,348.98 |
| 4/25/2003 | $20,000,000 The Edmond Public Works Authority (Oklahoma) Sales Tax and Utility system Revenue Bonds, Series 2003 | The Edmond Public Works Authority | $56,935.95 |
| 6/6/2003 | $30,475,000 City of Port Orange, Fla Water And Sewer Refunding Revenue Bonds, Series 2003 | City of Port Orange, Fla | $86,756.15 |
| 7/2/2003 | $65,475,936.81 Kenton County Airport Board Special Facilities Revenue Bonds, 2003 Series A (Atlis Cincinnati, LLC Project) | Atlis Cincinnati, LLC | $186,396.72 |
| 8/14/2003 | $30,850,000 County of Spotsylvania (Va) Water and Sewer System Revenue Bonds, Series of 2001 | County of Spotsylvania | $87,823.70 |
| 8/21/2003 | $212,380,000 State of Hawaii General Obligation Refunding Bonds of 2003, Series DB, and General Obligation Refunding Bonds of 2003, Series DC | State of Hawaii | $604,602.82 |
| 10/30/2003 | $26,685,000 Delano Joint Union High School District, 2003 General Obligation Refunding Bonds, Series A | Delano Joint Union High School District | $75,966.79 |
| 11/3/2003 | $45,000,000 West Virginia Water Development Authority Infrastructure Development Bonds (West Virginia Infrastructure and Jobs Development Council Program) 2003 Series A | West Virginia Water Development Authority | $128,105.88 |

## CORRECTED UBS FINAL JUDGMENT ATTACHMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 4/6/2004 | $7,500,000 Pismo Beach Public Financing Authority (California) 2004 Revenue Bonds, Series A (Wastewater Project) | Pismo Beach Public Financing Authority | $21,350.98 |
| 4/23/2004 | $96,790,994.55 San Jose -Evergreen Community College District 2004 General Obligation Refunding Bonds, Refunding Series A Bonds, Refunding Series B (2006 Crossover) Bonds, and Refunding Series C (2010 Crossover) Bonds | San Jose -Evergreen Community College District | $275,544.35 |
| 5/18/2004 | $32,410,000 Cabrillo Community College District 2004 General Obligation Refunding Bonds and $59,997,760 Election of 2004 General Obligation Bonds, Series A | Cabrillo Community College District | $263,066.17 |
| 5/20/2004 | $500,000,000 Maine State Housing Authority General Housing Draw Down Bonds, Series 2004A (Non-AMT) and Series 2004B (AMT) | Maine State Housing Authority | $1,423,398.68 |
| 6/10/2004 | $238,315,000 City of Richmond, VA  Public Utility Revenue and Refunding Bonds, Series 1998A and Series 2002 | City of Richmond, VA | $678,434.51 |
| 6/24/2004 | $200,000,000 Public Building Authority of the County of Montgomery, Adjustable Rate Pooled Financing Revenue Bonds, Series 2004 (Tennessee County Loan Pool) | Public Building Authority of the County of Montgomery | $569,359.47 |
| 6/24/2004 | $150,000,000 Public Building Authority of the City of Clarksville Adjustable Rate Pooled Financing Revenue Bonds, Series 2004 (Tennessee Municipal Bond Fund) | Public Building Authority of the City of Clarksville | $427,019.60 |
| 6/29/2004 | $141,800,000 School Building Authority of West Virginia Lottery Capital Improvement Revenue Bonds, Series 2004 | School Building Authority of West Virginia | $403,106.51 |
| 11/1/2004 | $58,040,000 Fresno Unified School District 2004 General Obligation Refunding Bonds, Series B | Fresno Unified School District | $165,228.12 |
| | | | $47,207,180.00 |

Page 7